IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOCELYN COLON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINCERS, INCORPORATED,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-02473 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Jocelyn Colon filed the above-referenced case against Defendant Mincers, Incorporated on April 19, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint *without* prejudice.

Dated: June 28, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　**Nye, Stirling, Hale, Miller & Sweet, LLP**
　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Jocelyn Colon*

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of June, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not represented by counsel or receiving CM/ECF notifications at this time.

                                                     */s/ Benjamin J. Sweet*
                                                     Benjamin J. Sweet